# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Alexandra Leticia Martinez aka        **BK NO. 26-02007 MJC**
**Alexandra Martinez aka Alexandra L. Martinez**
                        Debtor(s)             **Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of United Wholesale Mortgage, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
23 Jul 2026, 11:29:15, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: f1e723b4a621dfa7ceada403778049bdc97d6a86be70de33c2510eq88e268740