Document ID: 46a13604a91f7e59680f9fd7a6a593d6900e6850c5fab65f0a41491ca0c7e2fa

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Alexandra Leticia Martinez aka**
**Alexandra Martinez aka Alexandra L. Martinez**
                              **Debtor(s)**

**BK NO. 26-02007 MJC**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of United Wholesale Mortgage, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
24 Jul 2026, 14:53:39, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322