**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 26-02007** |
| **Alexandra Leticia Martinez AKA** | : | **Chapter 13** |
| **Alexandra Martinez, AKA Alexandra L.** | : | **Judge Mark J. Conway** |
| **Martinez** | : | *** * * * * * * * * * * * * * * * * * * *** |
| **Debtor(s)** | | |
| | : | |
| | : | **Related Document #** |
| | : | |
| | : | |
| | : | |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICES</u>**

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
Molly Simons (338992)
MDK Legal
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

26-020234_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 26-02007** |
| **Alexandra Leticia Martinez AKA** | : | **Chapter 13** |
| **Alexandra Martinez, AKA Alexandra L.** | : | **Judge Mark J. Conway** |
| **Martinez** | : | *** * * * * * * * * * * * * * * * * * *** |
| **Debtor(s)** | | |
| | : | |
| | : | **Related Document #** |
| | : | |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos, Chapter 13 Trustee, info@pamd13trustee.com

Robert J Kidwell III, Attorney for Alexandra Leticia Martinez AKA Alexandra Martinez, AKA Alexandra L. Martinez, rkidwell@newmanwilliams.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Alexandra Leticia Martinez AKA Alexandra Martinez, AKA Alexandra L. Martinez and Jenny Adrianna Martinez, 505 Kellers Court, Stroudsburg, PA 18360

/s/ Adam B. Hall

26-020234_PS