United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-02007-MJC
Alexandra Leticia Martinez Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke 
Date Rcvd: Aug 24, 2026 Form ID: ntcnfhrg Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexandra Leticia Martinez, 505 Kellers Court, Stroudsburg, PA 18360-9447 |
| 5826046 | | Affirm Master Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5826048 | | Affirm Operational Loans VII Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5818664 | + | DAVID SWEETMAN, MATTIOLI LAWFIRM, 425 BIDEN STREET, SUITE 300, SCRANTON, PA 18503-1851 |
| 5818669 | + | NATALIA ARAQUE BERMEUDEZ, 1333 SW 175 WAY, PENBROKE PINE, FL 33029-4824 |
| 5818671 | + | PA DEPT OF REVENUE, BUREAU OF COLLECTIONS, PO BOX 281041, HARRISBURG, PA 17128-1041 |
| 5824669 | + | United Wholesale Mortgage, LLC, c/o, McCabe, Weisberg & Conway, LLC, 1420 Walnut Street, Suite 1105, Philadelphia, PA 19102-4011 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5818660 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 24 2026 19:01:29 | AFFIRM INC, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA 94108-2716 |
| 5818661 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 24 2026 19:01:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 5818662 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 24 2026 19:01:28 | CAPITAL ONE BANK USA NA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5818663 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 24 2026 19:01:34 | CHASE AUTO FINANCE, 700 KANSAS LANE-LA4-4025, MONROE, LA 71203-4774 |
| 5819660 | + | Email/Text: compliance@iqdata-inc.com | Aug 24 2026 19:02:00 | IQ DATA INTERNATIONAL, PO BOX 39, BOTHELL, WA 98041-0039 |
| 5818665 | | Email/Text: RCG_ComplianceDept@assurant.com | Aug 24 2026 19:02:00 | IQ DATA INTERNATIONAL INC, PO BOX 340, BOTHELL, WA 98041-0340 |
| 5818666 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 24 2026 19:02:00 | IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5818667 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 24 2026 19:01:21 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 5824299 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 24 2026 19:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5826832 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 24 2026 19:01:21 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, 700 Kansas Lane, LA4-5599, Monroe Louisiana 71203-4774 |
| 5818668 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2026 19:01:29 | LVNV FUNDING, C/O RESURGENT CAPITAL SVCS, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 5824675 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2026 19:01:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| | | | | |
|---|---|---|---|---|
| 5818670 | + | Email/PDF: cbp@omf.com | Aug 24 2026 19:01:28 | ONEMAIN FINANCIAL, ATTN: BANKRUPTCY, PO BOX 142, EVANSVILLE, IN 47701-0142 |
| 5826610 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 24 2026 19:01:22 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5818980 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 24 2026 19:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5818672 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Aug 24 2026 19:02:00 | SALLIE MAE, PO BOX 3229, WILMINGTON, DE 19804-0229 |
| 5818673 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 24 2026 19:01:34 | SUBARU MOTORS FINANCE, C/O CHASE, PO BOX 650351, DALLAS, TX 75265-0351 |
| 5818674 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 24 2026 19:01:28 | SYNCB/AMAZON PLCC, PO BOX 71737, PHILADELPHIA, PA 19176-1737 |
| 5818675 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 24 2026 19:01:21 | SYNCB/LOWES, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 5818676 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 24 2026 19:01:29 | THD/CBNA, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 5818677 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 24 2026 19:02:00 | TOYOTA FINANCIAL SERVICES, PO BOX 8026, CEDAR RAPIDS, IA 52408-8026 |
| 5824945 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 24 2026 19:02:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5818678 | ^ | MEBN | Aug 24 2026 18:56:34 | UNITED WHOLESALE MORTGAGE, PO BOX 650530, DALLAS, TX 75265-0530 |
| 5818679 | | Email/Text: bknotice@upgrade.com | Aug 24 2026 19:01:00 | UPGRADE INC, 275 BATTERY STREET 22ND FLOOR, SAN FRANCISCO, CA 94111-3305 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5821889 | | Sallie Mae P.O. Box 3319 Wilmington DE 19804 |
| 5826049 | * | Affirm Operational Loans VII Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Adam Bradley Hall | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| Andrew M. Lubin | on behalf of Creditor United Wholesale Mortgage LLC nj-ecfmail@mwc-law.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Maggie Soboleski | on behalf of Creditor UNITED WHOLESALE MORTGAGE LLC msoboleski@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Alexandra Leticia Martinez rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Alexandra Leticia Martinez,<br>aka Alexandra Martinez, aka Alexandra L. Martinez, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:26−bk−02007−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 24, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: October 1, 2026<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 24, 2026 |

ntcnfhrg (08/21)